IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SEALED**

UNITED STATES OF AMERICA

CASE NUMBER: 3:08cr27/LAC

v.

ROBERT L. IGNASIAK

## MOTION TO SEAL INDICTMENT

The United States of America requests this Court issue an Order sealing the Indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The grand jury intends to continue the investigation which led to the instant Indictment. The grand jury continues to look at the conduct of other individuals currently subjects of the investigation. For this reason, this case has been added to the list of cases for which the grand jury needs to be extended past its expiration this month.

2. Further, the defendant maintains a home in Costa Rica, and may be currently at that location. Additional time is needed to determine whether the defendant has fled the country or whether he intends to answer to the instant charges.

3. The United States further moves the Court that the Indictment in this case shall remain **sealed** until the defendant is arrested or until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the Indictment

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 FEB 21 PM 3: 44

FILED

to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

*[signature]*

Michelle M. Heldmyer
Assistant United States Attorney
Florida Bar No. 616214
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

DONE AND ORDERED this the 21st day of February 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE