IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Crim. No.: 3:08cr27/LAC

ROBERT L. IGNASIAK, JR.

_____

### RESTRAINING ORDER

This matter having come before the Court upon the Application of the United States for entry of a restraining order pursuant to Title 21, United States Code, Section 853, and it appearing to the satisfaction of this Court:

1. That on February 21, 2008, a federal Grand Jury in the Northern District of Florida returned an Indictment charging **ROBERT L. IGNASIAK, JR.** with *inter alia*, violations of Title 21, United States Code, Sections 841, and alleging that property named therein would, in the event of conviction, be subject to forfeiture pursuant to Title 21, United States Code, Section 853.

2. That United States has moved, *ex parte*, for a Restraining Order pursuant to Title 21, United States Code, Section 853(e)(1)(A) to preserve the status quo and prevent the said defendant, and his agents, servants, employees, attorneys, family members, and those persons in active concert or participation with him from selling, assigning, pledging, distributing, giving away, encumbering or otherwise participating in

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 MAR 18 AM 10: 49

ts
FILED

the disposal of, or removal from, the jurisdiction of this Court, with the intent to conceal and hide the property.

3.  That based upon the Indictment and the Application submitted by the United States, reasonable cause has been shown for the entry of a restraining order to preserve the property named in the Indictment.

**IT IS THEREFORE ORDERED** that this Restraining Order issue as to contents of the bank accounts as follows, not to exceed to $1,091,626.66:

| BANK | ACCT NAME | ACCT # |
|---|---|---|
| Regions | Freeport Medical Clinic | 5401306278 |
| Regions | Freeport Clinic LLC | 5509038825 |
| Regions | Ignasiak Rev Trust | 5400074495 |
| Regions | Ignasiak Property Acquisition | 5400164189 |
| Regions | Commercial Loan | 0522608545 |

**IT IS FURTHER ORDERED** that if any of the above-described property has been or is transferred or disposed of by any means after imposition of this Order, the above-named defendant shall account to the Court for the disposition and location of the property.

This Order shall remain in effect for ten (10) days, excluding intermediate Saturdays and Sundays, or until this Court modifies the Order as appears necessary in the

interest of justice and consistent with the purposes of Title 21, United States Code, Section 853.

**IT IS SO ORDERED** this *18th* day of *March*, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

3