# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                    Case No.3:08cr27LAC

ROBERT L. IGNASIAK

## ORDER

Your documents No. 16 and No. 17, **DEFENDANT'S PRETRIAL RELEASE MOTION and MOTION FOR A TRIAL DATE OR STATUS CONFERENCE ADDRESSING A TRIAL DATE**, was referred to the undersigned with the following deficiencies:

> The attorney (Barry Beroset, Esq.) who signed the documents cannot file pleadings on behalf of an attorney (Roy Black, Esq.) who is not admitted to practice in the NORTHERN DISTRICT OF FLORIDA [See N.D. Fla. Loc. R. 11.1(C)(2)]

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 26th day of March, 2008.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE