## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                            Case No.:  3:08cr27/LAC

**ROBERT L. IGNASIAK, JR.**

_____

### ORDER

Upon consideration of the United States' Supplement to its Motion to Convert Temporary Restraining Order to Preliminary Injunction, and upon good cause shown to the satisfaction of this Court;

**IT IS HEREBY ORDERED** that the Restraining Order entered by this Court on March 18, 2008 be extended until this Court modifies the Order as appears necessary in the interest of justice and consistent with the purposes of Title 21, United States Code, Section 853.

**IT IS SO ORDERED** this 3rd day of April, 2008.

 s/L.A. Collier
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE