# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:08cr27LAC

ROBERT L. IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Miles Davis on    APRIL 4, 2008
Motion/Pleadings:  UNOPPOSED MOTION TO WITHDRAW LEGAL EXPENSES FROM THE UBS ACCOUNTS
Filed by  DEFENDANT     on 4/3/2008   Doc.# 39

RESPONSES:

                                           on          Doc.#
                                           on          Doc.#

\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
X   Unopposed   \_\_\_\_ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*
LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 4th day of April, 2008, that:*

*(*a) The relief requested is GRANTED.

(b) The court's Order Setting Conditions of Release (doc. 13) is amended as follows: UBS Bank is hereby authorized to pay from Robert Ignasiak's account(s) sufficient funds to cover attorney fees and costs as they accrue, and as agreed to by Robert Ignasiak and his respective attorneys/law firms. All such disbursements must be made payable <u>jointly</u> to Robert Ignasiak and the attorney/law firm being paid.

(c) Counsel's request to be allowed until Friday, April 11, 2008 to make formal appearance is also granted.

Entered On Docket: _____ By: \_\_           /s/ *Miles Davis*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____              *MILES DAVIS*
                                          *United States Magistrate Judge*

Document No.