**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                    CASE NO: 3:08cr27LAC/MD

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   April 14, 2008
Type of Motion/Pleading:   UNOPPOSED MOTION TO WITHDRAW FUNDS FROM UBS ACCOUNT TO PAY QUARTERLY TAXES
Filed by: DEFENDANT   on 4/14/08   Document 42
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
WILLIAM M. McCOOL, CLERK OF COURT

*Mary Maloy*
Deputy Clerk: Mary Maloy

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 15th day of April, 2008, that:

(a)   The requested relief is GRANTED.

(b)   The Court's Order Setting Conditions of Release (DE 13) is amended as follows: UBS Financial Services Inc. is authorized, upon receipt of instructions in the form required by UBS Financial Services Inc. from an authorized person on such account, to disburse from any of the accounts of Ignasiak Acquisition, LLC or of Dr. Robert L. Ignasiak, funds in the amount of $45,000 in the form of a check made payable to "Department of the Treasury."

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE