**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                            CASE NO.  3:08cr27LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___APRIL 1, 2008___

Motion/Pleadings:__AMENDMENT TO DEFENDANT'S MOTION FOR TRIAL DATE OR__
__STATUS CONFERENCE ADDRESSING A TRIAL DATE (Doc #28) AND MOTION FOR__
__CONTINUANCE and WAIVER of SPEEDY TRIAL ; AMENDED MOTION TO CONTINUE__
__TRIAL__

Filed by _DEFENDANT_____  on 3/28/08, 4/1/08 and  Doc.# 28, 33, 34 & 37
                                                  4/2/08

RESPONSES:

_____  on _____  Doc.# _____
_____  on _____  Doc.# _____

_____ Stipulated    _____ Joint Pldg.

x_____ Unopposed    _____ Consented

                          WILLIAM M. McCOOL, CLERK OF COURT


                          s/Mary Maloy
_____
LC (1 OR 2)               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of April, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) NOTA BENE!  This case is being continued on the motion of the defendant for an unusually lengthy and somewhat unreasonable period of time.  Trial will be set for the trial term beginning 6 October 2008.  The trial will, however, be scheduled following all other trials routinely set for the October term as those defendants will have a priority right to a speedy trial of their cases.*

*There will be no further continuance of this trial barring catastrophic circumstances.  With this extra-ordinary advance notice, conflict in Counsels' schedules will not justify further delay.  Prepare accordingly.*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP _____  s/*L. A. Collier*
Copies sent to:_____     **LACEY A. COLLIER**
_____                 ***Senior United States District Judge***
_____

Document No.