**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**vs.** **CASE NO.: 3:08cr27/LAC**

**ROBERT IGNASIAK,**
**Defendant.**

---

**ORDER**

**This matter is before the court on defendant's unopposed motion to withdraw (doc. 53).**

**Accordingly, it is ORDERED as follows:**

**The court's order setting conditions of release (doc. 13) is amended as follows: UBS Financial Services Inc. is authorized, upon receipt of instructions in the form required by UBS Financial Services, Inc. from an authorized person on such account, to disburse from any of the accounts of Ignasiak Acquisition, LLC or of Dr. Robert L. Ignasiak, funds in the amount of $45,000.00 per month to Robert Ignasiak for each month effective as of April 1, 2008 and continuing for each month thereafter until further order of the court.**

**DONE AND ORDERED this 9th day of May, 2008.**

/s/ Miles Davis

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**