# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                       CASE NO.  3:08cr27LAC

ROBERT IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   June 11, 2008
Motion/Pleadings:  MOTION FOR LEAVE TO FILE AN OVERLONG PLEADING (Doc #59)
Filed by  DEFENDANT       on 6/6/08      Doc.# 60

RESPONSES:

                                                   on         Doc.#
                                                 on         Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of June, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

                                                *s/L.A. Collier*
                                                ***LACEY A. COLLIER***
                                         *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.