# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                   CASE NO.  3:08cr27LAC

ROBERT IGNASIAK

### REFERRAL AND ORDER

Referred to Magistrate Judge Miles Davis ____June 16, 2008_____

Motion/Pleadings:__UNOPPOSED MOTION TO WITHDRAW FUNDS FROM UBS_____

ACCOUNT TO PAY SECOND QUARTER TAXES_____

Filed by _DEFENDANT_____ on _6/13/08_____ Doc.# _66_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

X____ Unopposed    _____ Consented

                      WILLIAM M. McCOOL, CLERK OF COURT

_____              *s/Mary Maloy*_____

LC (1 OR 2)                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is GRANTED as requested.*

*(b)* _____

_____

_____

                              /s/ *Miles Davis*

                                  **Miles Davis**
                      **United States Magistrate Judge**

Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

Document No.