**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

v.                                                                                              Case No. 3:08cr27/LAC

ROBERT L. IGNASIAK,

_____/

**N O T I C E**

The parties are hereby notified that the Court has sent out questionnaires to prospective jurors in this case in an effort to determine in advance which individuals may be excused from jury duty due to the projected length of this trial.  The Court will endeavor to review the returned questionnaires and identify those who should be excused by Wednesday, September 24, 2008, whereupon the Clerk will make the questionnaires available for review by the parties.  The parties shall have until Friday, September 26, 2008, to file any objections to the excusals.

**ORDERED** on this 5th day of September, 2008.

                                                                        s/ *L.A. Collier*
                                                                        Lacey A. Collier
                                                                        Senior United States District Judge