UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                    CASE NO.  3:08cr27 LAC

ROBERT IGNASIAK

### REFERRAL AND ORDER

Referred to Judge Miles Davis on     September 16, 2008
Motion/Pleadings: UNOPPOSED MOTION TO WITHDRAW FUNDS FROM UBS ACCOUNT TO PAY THIRD QUARTER TAXES
Filed by  DEFENDANT          on 9/12/08          Doc.# 86

RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated        _____ Joint Pldg.
x      Unopposed         _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_/s/Mary Maloy_
LC (1 OR 2)                                                    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 16th day of September, 2008, that:*

(a)   The relief requested is GRANTED.

(b)   The court's order setting conditions of release (doc. 13) is amended as follows: UBS Financial Services, Inc. is authorized, upon receipt of instructions in the form required by UBS Financial Services, Inc. from an authorized person on such account. to disburse from any of the accounts of Ignasiak Acquisition, LLC or of Dr. Robert L. Ignasiak, funds in the amount of $23,200 in the form of a check made payable to "Department of the Treasury."

/s/ *Miles Davis*
***MILES DAVIS***
***United States Magistrate Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.