## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                                  CASE NO. 3:08cr27 LAC

ROBERT IGNASIAK

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __September 15, 2008__

Motion/Pleadings: UNOPPOSED MOTION TO RECESS THE TRIAL AT NOON ON 10/18/08 AND ALL DAY ON 10/9/08 FOR YOM KIPPUR

Filed by __DEFENDANT__ on __9/14/08__ Doc.# __87__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated      _____ Joint Pldg.
__x__ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
Deputy Clerk: Mary Maloy

LC (1 OR 2)

### ORDER

*Upon consideration of the foregoing, it is ORDERED this 18th day of September, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                    *s/L.A. Collier*
                                                    ***LACEY A. COLLIER***
                                        *Senior United States District Judge*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.