# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                                           CASE NO.  3:08cr27 LAC

ROBERT IGNASIAK

## AMENDED REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 15, 2008

Motion/Pleadings: UNOPPOSED MOTION TO RECESS THE TRIAL AT NOON ON 10/8/08 AND ALL DAY ON 10/9/08 FOR YOM KIPPUR

Filed by  DEFENDANT                on 9/14/08         Doc.# 87

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.
  x    Unopposed        _____ Consented

                                                     WILLIAM M. McCOOL, CLERK OF COURT

                                                     *s/Mary Maloy*

LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of September, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

                                                                  *s/L.A. Collier*
                                                             *LACEY A. COLLIER*
                                            *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                        Document No.