# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                              Case No. 3:08cr27/LAC

ROBERT L. IGNASIAK,

_____/

## O R D E R

Before the Court is a Motion for Protective Order or in the Alternative to Quash Defense Subpoena (doc. 104) filed by the Government and a Motion to Modify Subpoenas Duces Tecum (doc. 105) filed by a witness in this case.

The Court finds the subpoenas to be oppressive, overbroad and unreasonably burdensome as to both time and the volume and scope of materials requested.

Accordingly, it is **ORDERED:**

1. The Motion for Protective Order or in the Alternative to Quash Defense Subpoena (doc. 104) and the Motion to Modify Subpoenas Duces Tecum (doc. 105) are **GRANTED** to the extent that the identified subpoenas are hereby **QUASHED**.

**ORDERED** on this 29th day of September, 2008.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge