**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

 VS              CASE NO. 3:08cr27 LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  October 1, 2008
Motion/Pleadings:  MOTION IN LIMINE TO BIFURCATE THE FORFEITURE PROCEEDINGS FROM THE TRIAL
Filed by DEFENDANT   on 10/1/08   Doc.# 115

RESPONSES:

          on     Doc.#
          on     Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

         WILLIAM M. McCOOL, CLERK OF COURT

         *s/Mary Maloy*
LC (1 OR 2)          Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of October, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

            *s/L. A. Collier*
            **LACEY A. COLLIER**
            *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.