**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                          CASE NO. 3:08cr27 LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   October 2, 2008
Motion/Pleadings:   MOTION TO ALLOW NON-LAWYER ASSISTANTS AT COUNSEL TABLE DURING THE TRIAL
Filed by DEFENDANT                    on  10/1/08         Doc.# 116

RESPONSES:

                                      on                Doc.#
                                      on                Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      s/Mary Maloy
LC (1 OR 2)                           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of October, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

                                      s/L.A. Collier
                                      ***LACEY A. COLLIER***
                                      ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.