**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                        CASE NO. 3:08cr27 LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   October 6, 2008
Motion/Pleadings:   MOTION IN LIMINE TO EXCLUDE WEALTH EVIDENCE
Filed by  DEFENDANT                     on   9/26/08          Doc.# 101

RESPONSES:

_____  on _____  Doc.# _____
_____  on _____  Doc.# _____
_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          *s/Mary Maloy*
LC (1 OR 2)                               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of October, 2008, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

                                          s/*L.A. Collier*
                                          ***LACEY A. COLLIER***
                                          ***Senior United States District Judge***

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                    Document No.