**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS    CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 29, 2008
Motion/Pleadings:  MOTION IN LIMINE TO EXCLUDE HANDWRITTEN NOTATIONS ON BUSINESS RECORDS
Filed by DEFENDANT    on  9/29/08    Doc.# 107

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 3rd day of October, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of trial.*

*s/L.A. Collier*
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.