# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

 VS           CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on October 1, 2008

Motion/Pleadings: MOTION FOR RECONSIDERATION OF ORDER (Doc. 108) OBTAINED *EX PARTE* AND WITHOUT ALLOWING A RESPONSE FROM THE DEFENDANT AND FOR AN ORDER PROHIBITING FUTURE *EX PARTE* PROCEEDINGS ABSENT PROPER NOTICE TO THE DEFENDANT

Filed by DEFENDANT on 10/1/08 Doc.# 117

RESPONSES:

BY GOVERNMENT on 10/2/08 Doc.# 122

         on   Doc.#

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

        WILLIAM M. McCOOL, CLERK OF COURT

        *s/Mary Maloy*
LC (1 OR 2)       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of October, 2008, that:*

*(a) The relief requested is GRANTED/DENIED.*

*(b)* **See record of trial.**

           *s/L.A. Collier*
           **LACEY A. COLLIER**
         *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

      Document No.