UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                          CASE NO. 3:08cr27 LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___October 2, 2008_____
Motion/Pleadings: __MOTION IN LIMINE TO EXCLUDE EVIDENCE ABOUT UNCHARGED PRESCRIPTIONS__
Filed by _DEFENDANT_____ on __10/1/08_____ Doc.# _119_____

RESPONSES:
BY GOVERNMENT_____ on _10/2/08_____ Doc.# _123_____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                                                         Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 3rd day of October, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

s/L.A. Collier
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.