# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                             CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 6, 2008
Motion/Pleadings:  **MOTION IN LIMINE TO EXCLUDE EVIDENCE ABOUT UNCHARGED DECEASED PATIENTS**
Filed by  DEFENDANT        on   10/1/08      Doc.#  120

RESPONSES:

                                            on              Doc.#
                                            on              Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 6th day of October, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) See record of trial.*

                                                          *s/L.A. Collier*
                                                             *LACEY A. COLLIER*
                                           *Senior United States District Judge*

Entered On Docket: _____   By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.