# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                 CASE NO. 3:08cr27 LAC

ROBERT L. IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 2, 2008
Motion/Pleadings:   MOTION TO EXCLUDE UNTIMELY RULE 404(B) EVIDENCE
Filed by   DEFENDANT    on   10/2/08    Doc.#  121

RESPONSES:

                                   on                 Doc.#
                                   on                 Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                            WILLIAM M. McCOOL, CLERK OF COURT

                                           *s/Mary Maloy*
LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of October, 2008, that:*

*(a) The relief requested is **DENIED** in part.*

*(b) See record of trial.*

                                                            *s/L.A. Collier*
                                                         ***LACEY A. COLLIER***
                                     *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

                                              Document No.