UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                    CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   October 10, 2008
Motion/Pleadings:   MOTION IN LIMINE TO BAR IMPROPER EXPERT TESTIMONY
Filed by  DEFENDANT                 on   10/9/08             Doc.# 132

RESPONSES:
DEFT' SUPPLEMENT                    on  10/12/08            Doc.# 137
GOVT'S RESPONSE                     on  10/13/08            Doc.# 141
_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                         Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of October, 2008, that:*

*(a) The relief requested is GRANTED/DENIED.*

*(b)* ***See record of trial.***

                                                  *s/L.A. Collier*
                                              _____
                                              ***LACEY A. COLLIER***
                                              ***Senior United States District Judge***

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.