## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                       CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 10, 2008
Motion/Pleadings:   MOTION TO STRIKE CHARACTER EVIDENCE
Filed by  DEFENDANT   on  10/9/08   Doc.# 134

RESPONSES:
IN OPPOSITION BY GOVT   on 10/13/08   Doc.# 142
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of October, 2008, that:*

*(a) The relief requested is **GRANTED.***

*(b) See record of trial.*

                                              *s/L.A. Collier*
                                              ***LACEY A. COLLIER***
                             *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.