# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                          CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  October 10, 2008
Motion/Pleadings:  MOTION FOR MISTRIAL
Filed by  DEFENDANT       on   10/9/08       Doc.# 135

RESPONSES:
DEFT'S SUPPLEMENT       on  10/12/08       Doc.# 138
GOVT'S RESPONSE         on  10/13/08       Doc.# 140

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*
LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of October, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

                                          *s/L.A. Collier*
                                          **LACEY A. COLLIER**
                                     *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.