UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                           CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   October 10, 2008
Motion/Pleadings:  MOTION FOR RECONSIDERATION OF ORDER EXCLUDING ADMISSIBILITY OF OTHER DEATHS EVIDENCE
Filed by  GOVERNMENT            on  10/9/08         Doc.# 133

RESPONSES:
BY DEFT                          on 10/12/08        Doc.# 139
BY GOVT                          on 10/15/08        Doc.# 143
____ Stipulated       ____ Joint Pldg.
____ Unopposed        ____ Consented

                                  WILLIAM M. McCOOL, CLERK OF COURT

                                  s/Mary Maloy
LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 16th day of October, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

                                  s/L.A. Collier
                                  ***LACEY A. COLLIER***
                                  ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.