# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 20, 2008

Motion/Pleadings:   MOTION IN LIMINE CONCERNING DR. ARTHUR JORDAN

Filed by  DEFENDANT   on  10/19/08   Doc.# 148

RESPONSES:

                                                 on                Doc.#

                                               on                Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of October, 2008, that:*

*(a) The relief requested is* ***GRANTED.***

*(b) See record of trial.*

                                                       *s/L.A. Collier*

                                                   ***LACEY A. COLLIER***
                                  *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.