# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                         CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___October 23 , 2008_____

Motion/Pleadings:__MOTION FOR JUDGMENT OF ACQUITTAL_____

Filed by_ DEFENDANT_____ on__ 10/23/08_____ Doc.# 154_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.

_____ Unopposed       _____ Consented

                                     WILLIAM M. McCOOL, CLERK OF COURT

_____       *s/Mary Maloy*_____

LC (1 OR 2)       Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of October, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

_____

_____

                             *s/L. A. Collier*_____

                                 ***LACEY A. COLLIER***

                       ***Senior United States District Judge***

Entered On Docket: _____ By: ____

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

Document No.