**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   October 28, 2008
Motion/Pleadings:  ADDITIONAL MOTION FOR JUDGMENT OF ACQUITTAL
Filed by  DEFENDANT            on  10/28/08        Doc.# 161

RESPONSES:

                                              on               Doc.# 
                                              on               Doc.# 

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of October, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b)*  _____

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.