```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
                     PENSACOLA DIVISION
```

**UNITED STATES OF AMERICA**

vs.                                         Case No.  3:08cr27LAC

**ROBERT L. IGNASIAK, JR.**
_____/


## JUDGMENT OF ACQUITTAL ON JURY VERDICT


   The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Counts 5, 6, 17, 19, 20, 30, 35, 41, 42, 43, & 51, it is thereupon

   **ORDERED and ADJUDGED** that the defendant is **not guilty** of Counts 5, 6, 17, 19, 20, 30, 35, 41, 42, 43, & 51 as charged in this cause.

   **DONE and ORDERED** at Pensacola, Florida, this 3rd day of November, 2008.



                                    s/*L.A. Collier*
                                    LACEY A. COLLIER
                                    Senior United States District Judge