# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                         CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___JANUARY 27, 2009_____

Motion/Pleadings:__UNOPPOSED MOTION TO CORRECT THE RECORD_____

Filed by_DEFENDANT_____ on _1/26/09_____ Doc.# _207_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

x_____ Unopposed    _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

_____              *s/Mary Maloy*_____

LC (1 OR 2)                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of January, 2009, that:*

*(a) The relief requested is* **GRANTED.**

*(b) The Order (doc. 179) denying Government's Motion for Reconsideration (Doc 133) is corrected to reflect that the motion was Granted.*

                                       s/*L. A. Collier*_____

                                         **LACEY A. COLLIER**
                         **Senior United States District Judge**

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

_____

Document No.