# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:08cr27 LAC

ROBERT L. IGNASIAK, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on     May 26, 2009
Motion/Pleadings:  MOTION TO RECONSIDER AND REDUCE FINE IMPOSED
Filed by  DEFENDANT            on 5/7/09        Doc.# 263

RESPONSES:
BY GOVERNMENT                  on 5/29/09       Doc.# 266
                               on               Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ Mary Maloy

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2nd day of June, 2009, that:*

*(a) The relief requested is* **GRANTED.**

*(b) Based upon the Defendant's current financial condition as provided by the Government (doc.266), the fine of $1,000,000 ordered by this Court's Amended Judgment (doc. 259) is reduced to $250,000. In all other respects, the original sentence imposed in the Amended Judgment and Commitment Order filed 27 April 2009 shall remain unchanged.*

Entered On Docket: _____ By: __        s/ *L.A. Collier*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP    ***LACEY A. COLLIER***
Copies sent to:_____    ***Senior United States District Judge***

Document No.