UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS     CASE NO. 3:08cr27 LAC

ROBERT L. IGNASIAK, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    July 27, 2009
Motion/Pleadings: UNOPPOSED MOTION TO DISSOLVE ORDERS RELATING TO FINANCIAL ACCOUNTS, AND TO RELEASE FINANCIAL ACCOUNTS
Filed by DEFT    on 7/27/09    Doc.# 272

RESPONSES:

        on    Doc.#
        on    Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)      Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of July, 2009, that:*
*(a) The relief requested is **GRANTED**.*
*(b) _____*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.