**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS  CASE NO. 3:08cr27 LAC

ROBERT L. IGNASIAK, JR.

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  November 2 , 2009
Motion/Pleadings:  MOTION TO UNSEAL DOCKET ENTRY NO. 274
Filed by DEFT  on  10/26/09  Doc.#  276

RESPONSES:
IN OPPOSITION BY GOVERNMENT  on  11/2/09  Doc.#  280
 on  Doc.#
____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)    *s/Mary Maloy*
Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of November, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) For reasons presented in the Government's response.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.