UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.: 3:08cr27/LAC/EMT
　　　　　　　　3:21cv332/LAC/EMT

ROBERT L. IGNASIAK, JR.,
　　　Defendant.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on March 23, 2021 (ECF No. 516). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 516) is adopted and incorporated by reference in this order.

2. The Government's Motion to Dismiss or Stay Defendant's Motion to Vacate Sentence (ECF No. 515) is **DENIED**.

3. The Government shall file a response to Defendant's § 2255 motion (ECF No. 513) within **thirty (30) days.**

**DONE AND ORDERED** this 23rd day of March, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**