UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.   Case Nos.: 3:08cr27/LAC/MAL
           3:21cv322/LAC/MAL

ROBERT L. IGNASIAK, JR.,
Defendant.
_____/

# ORDER

On February 15, 2024, the magistrate judge issued a Report and Recommendation concluding that Defendant's Amended Motion to Vacate Sentence Under 28 U.S.C. § 2255 should be denied. ECF No. 546. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a *de novo* review of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 546) is adopted and incorporated by reference in this order.

2. The Amended Motion to Vacate Sentence Under 28 U.S.C. § 2255 (ECF No. 537) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 5th day of March, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**